## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 1:11-cv-00112 |
| v. | |
| **HERNAN NAVARRO,** | |
| Defendant. | |

TO:  Hernan Navarro, *Pro Se*
     #1207836
     P.O. Box 860
     Oakwood, VA 24631

## ORDER

THIS MATTER is before the Court upon Hernan Navarro's "Request for Production of Documents" (ECF No. 29). This order is issued without necessity of response.

Having reviewed the motion and upon due consideration thereof, the Court will deny Navarro's motion.

Navarro makes repeated requests for items that the Court has denied him access to on multiple occasions. Additionally, he seeks a copy of the transcript from his trial, which took place more than two decades ago. The Court will allow Navarro an opportunity to submit the appropriate documentation—as furnished by the Clerks' Office—for the transcript. The Court has already memorialized this directive in Navarro's companion case (ECF No. 393, Case No. 1:99-CR-00016)

WHEREFORE, it is now hereby **ORDERED** that Hernan Navarro's "Request for Production of Documents" (ECF No. 29) is **DENIED.**

*United States of America v. Navarro*
1:11-cv-00112-3
Order
Page 2

                                                                              ENTER:

Dated: August 12, 2020                     /s/ George W. Cannon, Jr.
                                                                           GEORGE W. CANNON, JR.
                                                                             MAGISTRATE JUDGE